# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TERRELL FRAIZER, | CASE NO. 2:19-cv-09590-JFW (SK) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| HILL M. ELIOT, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: January 14, 2020

JOHN F. WALTER
U.S. DISTRICT JUDGE